MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
ELIZABETH A. ARIAS (S.B. # 318283)
earias@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ABBY F. RUDZIN *(pro hac vice)*
arudzin@omm.com
MOSHE MANDEL *(pro hac vice)*
mmandel@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants J2 Global, Inc., Vivek Shah, Nehemia Zucker, and R. Scott Turicchi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GARCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J2 GLOBAL, INC., VIVEK SHAH, NEHEMIA ZUCKER, and R. SCOTT TURICCHI,<br><br>Defendants. | Case No. 2:20-cv-06096-FLA-MAA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**[Memorandum of Points and Authorities; Declaration of Matthew W. Close; Notice of Incorporation by Reference and Request for Judicial Notice; and [Proposed] Order Filed Concurrently]**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Hearing Date: July 9, 2021<br>Hearing Time: 1:30 p.m.<br>Courtroom: 6B |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on July 9, 2021, at 1:30 p.m. in the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Courtroom 6B, before the Honorable Fernando L. Aenlle-Rocha, Defendants J2 Global, Inc., Vivek Shah, Nehemia Zucker, and R. Scott Turicchi will and hereby do move this Court for an order dismissing Lead Plaintiff Jonathan Espy's Second Amended Consolidated Class Action Complaint. This Motion is brought under Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

This Motion is made after the conference of counsel under Local Rule 7-3, which took place on May 13, 2021.

The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Defendants' Notice of Incorporation by Reference and Request for Judicial Notice, the Declaration of Matthew W. Close and the exhibits thereto, any reply memorandum, and such other written and oral argument as may be presented to the Court.

Dated: May 20, 2021                           O'MELVENY & MYERS LLP

                                              By: */s/ Matthew W. Close*
                                                   Matthew W. Close

                                              *Attorney for Defendants J2 Global, Inc., Vivek Shah, Nehemia Zucker, and R. Scott Turicchi*