# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GARCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J2 GLOBAL, INC., VIVEK SHAH, NEHEMIA ZUCKER, and R. SCOTT TURICCHI,<br><br>Defendants. | Case No. 2:20-cv-06096-FLA (MAAx)<br><br><u>CLASS ACTION</u><br><br>**FINAL JUDGMENT [DKT. 78]** |

On August 8, 2022, the court granted Defendants' Motion to Dismiss the Second Amended Consolidated Complaint (Dkt. 62) without further leave to amend. Dkt. 77.

Accordingly, pursuant to the court's Order dismissing this case, FINAL JUDGMENT is HEREBY ENTERED with prejudice against Lead Plaintiff Jeffrey Garcia in this action and in favor of Defendants J2 Global, Inc. (n/k/a Ziff Davis, Inc.), Vivek Shah, Nehemia Zucker, and R. Scott Turicchi.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 31, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge